# Order

Michigan Supreme Court
Lansing, Michigan

February 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129247 (40)(41)

RANEE LEE RAAB and RICHARD RAAB,
    Plaintiffs-Appellees,

V

ROBERT F. JOYCE, D.O.,,
    Defendant-Appellant.

and

SHERIDAN COMMUNITY HOSPITAL,
    Defendant.
_____

SC: 129247-8
COA: 254222, 256269
Montcalm CC: 02-H-1379-NH

On order of the Chief Justice, the motion by defendant-appellant for immediate consideration is GRANTED. The motion to adjourn oral argument on the application for leave to appeal is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2007

_____
Clerk